UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAURE Z. NELSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. MACDONALD,<br><br>　　　　　Respondent. | No. 2:16-cv-0984-KJM-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He moves "to dismiss" and "to vacate" his sentence on the grounds that respondent failed to timely file an answer. ECF No. 24.

On August 30, 2016, the court extended respondent's time for filing a responsive pleading to September 28, 2016. ECF No. 23  On September 21, 2016, respondent timely filed an answer. ECF No. 25.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion (ECF No. 24) is denied.

DATED: September 21, 2016.

　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE